

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| ELYSA FENENBOCK AND LAUREN FENENBOCK, | § | No. 08-19-00093-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | County Court at Law No. 6 |
| v. | | |
| | § | of El Paso County, Texas |
| W. SILVER RECYCLING, INC., | | |
| | § | (TC# 2017DCV0825) |
| Appellee. | | |
| | § | |

## O R D E R

The Court GRANTS the Appellants' third motion for extension of time within which to file the brief until **September 10, 2019**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANTS' BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. David R. Pierce, the Appellants' attorney, prepare the Appellants' brief and forward the same to this Court on or before September 10, 2019.

IT IS SO ORDERED this 14th day of August, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.